UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| REX FULLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05-CV-0045 |
| ) | |
| GOODLAND POLICE ) | |
| DEPARTMENT ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

Rex Fuller, a *pro se* plaintiff, submitted a complaint and a petition to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the court shall dismiss an action when it determines that it does not state a claim.

Fuller alleges that the Goodland Police "believed lies about [Fuller] not trying to find work" when, according to Fuller, he was in fact attempting to find work. He asks that the Court require the Goodland Police to "check all facts before jumping to conclusions." He also states that he is seeking "restitution because for two years I was homeless."

This Court is unable to determine from the plaintiff's complaint any plausible cause of action that may be pled, even if Fuller were granted leave to amend his complaint. Furthermore, the Court cannot provide plaintiff with notice of deficiencies which might be cured. There is simply no federal right which would protect an individual from law enforcement officers believing lies or jumping to conclusions about him. Fuller has also failed to suggest any plausible causal link between the actions of the Goodland Police and his homelessness. As such, Fuller's complaint is frivolous.

Because Fuller's complaint does not state a claim he cannot be granted leave to proceed *in forma pauperis* and 28 U.S.C. § 1915(e)(2)(B)(ii) requires that this Court dismiss this case.

For the foregoing reasons, this case is **DISMISSED**.

**SO ORDERED.**

**Date:   August 3, 2005**

                 **S/ ALLEN SHARP**
                 **ALLEN SHARP, JUDGE**
                 **UNITED STATES DISTRICT COURT**